# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

THOMAS DARTOE,                    : No. 10 EM 2016

        Petitioner          :

    v.                            :

SUPERINTENDENT, MICHAEL          :
OVERMEYER AT, SCI-FOREST, AND    :
THE DISTRICT ATTORNEY OF THE     :
COUNTY OF PHILADELPHIA, AND THE  :
ATTORNEY GENERAL OF THE STATE    :
OF PENNSYLVANIA,                 :

        Respondents        :

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of April, 2016, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permitted).

The Prothonotary is **DIRECTED** to forward the filings to counsel of record.